ACCEPTED
15-25-00040-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:34 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO.
<u>15-25-00040-CV</u>

§
§
§

Disraeli Arnold
(On behalf of father Curtis
Arnold, Junior and daughter
Faith Arnold of the Deceased)
**Plaintiff,**

§
§
§
§
§
§
§

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:34:27 PM
CHRISTOPHER A. PRINE
Clerk

FIFTEENTH DISTRICT OF

*versus*

AUSTIN, TEXAS

Sheriff Mike Griffis
Ector County Sheriff's
Office
&
Nurse Robin McCullough
&
Nurse Shelly James
**Defendants,**

§
§
§
§
§
§
§
§
§

## <u>PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff Disraeli Arnold, and files this Unopposed Motion to Transfer, as follows:

1.      After filing a Notice of Appeal and Docketing Statement, this matter was appealed to the Fifteenth Court of Appeals from the 70th Judicial District Court of Ector County, Texas.

2.      Respectfully request the court, pursuant to Texas Rules of Appellate Procedure 27a, to consider a transfer of this cause from the Fifteenth District Court of Appeals to the Eleventh District Court of Appeals.

3.      The Fifteenth District Court of Appeals may have limited jurisdiction in some of the matters and thus would limit some of the remedies available.

4.      On 5/2/2025, both parties and their representatives conferred and agreed that a transfer

*Motion to Transfer 5/5/2025*

to the Eleventh District Court of Appeals would be the better venue for this appeal.

5.      The Eleventh District Court of Appeals has jurisdiction over appeals from the 70th Judicial District Court of Ector County, Texas.

6.      I, Disraeli Arnold, prays that the Fifteenth District Court of Appeals grant this Unopposed Motion to Transfer and that this cause be transferred to the Eleventh District Court of Appeals, Eastland, Texas.

**Respectfully submitted,**

Dated: May 5, 2025

Disraeli Arnold
Phone #: 972-505-2911
825 Thousand Oaks
Hurst, Texas 76054
Email: Cantstopdiz@gmail.com

## CERTIFICATE OF SERVICE

I, Disraeli Arnold hereby certify that on the 5th day of May, 2025, I electronically served the foregoing using the Case Management/Electronic Case Files (*CM/ECF*) system which will send notification of such filing to Defendants and all counsel of record. I also notified the 11th Court of Appeals Clerk of the Court at her email as required by Texas Rules of Appellate Procedure Rule 27a(c)(1)(A).

| | |
|---|---|
| Randall L. Rouse<br>Lynch, Chappell & Alsup, P.C.<br>300 North Marienfeld, Suite 700<br>Midland, TX 79701<br>(432) 683-3351<br>rrouse@lcalawfirm.com<br>Counsel for Defendants Ector County Sheriff's Office, Mike Griffis, Shelly James, and Robin McCullough | Eleventh Court of Appeals<br>100 West Main Street, Suite 300<br>Eastland, Texas 76448<br>(254) 629-2638<br>Clerk of the Court Marla Hanks<br>email: Marla.Hanks@txcourts.gov |
| | |
| | |
| | |

Disraeli Arnold

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100447278
Filing Code Description: Motion
Filing Description: Unopposed Motion to Transfer
Status as of 5/5/2025 2:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Randall Rouse | 17324300 | rrouse@lcalawfirm.com | 5/5/2025 2:34:27 PM | SENT |
| Disraeli Arnold | | Cantstopdiz@gmail.com | 5/5/2025 2:34:27 PM | SENT |
| Veronica Armendariz | | VArmendariz@lcalawfirm.com | 5/5/2025 2:34:27 PM | SENT |
| Steven Kiser | 11538550 | skiser@lcalawfirm.com | 5/5/2025 2:34:27 PM | SENT |
| Marla Hanks | | Marla.Hanks@txcourts.gov | 5/5/2025 2:34:27 PM | SENT |

CAUSE NO.
15-25-00040-CV

|  |  |  |
|---|---|---|
| Disraeli Arnold (On behalf of father Curtis Arnold, Junior and daughter Faith Arnold of the Deceased) **Plaintiff,** | § § § § § § § § | IN THE COURT OF APPEALS |
|  |  | FIFTEENTH  DISTRICT OF |
|  |  | AUSTIN, TEXAS |
| *versus* |  |  |
| Sheriff Mike Griffis Ector County Sheriff's Office & Nurse Robin McCullough & Nurse Shelly James **Defendants,** | § § § § § § § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER

The Court, having considered Plaintiff's Unopposed Motion to Transfer, is in the opinion that it should be granted for the reasons stated therin. Accordingly, it is ORDERED that the motion to transfer is granted.

SIGNED on _____, 2025

_____

JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I, Disraeli Arnold hereby certify that on the 5th day of May, 2025, I electronically served the foregoing using the Case Management/Electronic Case Files (*CM/ECF*) system which will send notification of such filing to Defendants and all counsel of record.

| | |
|---|---|
| Randall L. Rouse<br>Lynch, Chappell & Alsup, P.C.<br>300 North Marienfeld, Suite 700<br>Midland, TX 79701<br>(432) 683-3351<br>rrouse@lcalawfirm.com<br>Counsel for Defendants Ector County Sheriff's Office, Mike Griffis, Shelly James, and Robin McCullough | |
| | |
| | |
| | |

_____
Disraeli Arnold